**Richard I. BARBER, Plaintiff, Appellant,**

v.

**CITY OF NORTH ADAMS, et al., Defendants, Appellees.**

No. 01–2283.

United States Court of Appeals, First Circuit.

March 19, 2002.

Richard Barber on brief, pro se.

James W. Simpson, Jr. and Merrick, Louison & Costello on brief, for appellees.

Before LYNCH, Circuit Judge, CAMPBELL and STAHL, Senior Circuit Judges.

PER CURIAM.

Upon careful review of the judgment below in light of the record, the prior judicial proceedings, and the issues raised in the briefs on appeal, the judgment of the district court dismissing this suit as barred by the statute of limitations is *affirmed*.